```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14384
   DENNIS D DAVIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0034

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/09/2007 and was confirmed 09/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
CITIZENS FINANCE           SECURED               2280.00         82.70         157.93
DRIVE FINANCIAL SERVICES   SECURED VEHIC            .00            .00            .00
DRIVE FINANCIAL SERVICES   UNSECURED                .00            .00            .00
PEACH DIRECT               SECURED               1271.00         35.33          99.67
INTERNAL REVENUE SERVICE   PRIORITY              500.00            .00            .00
ALL CREDIT LENDER          UNSEC W/INTER     NOT FILED            .00            .00
AMERICAN GENERAL FINANCE   UNSEC W/INTER       2028.58            .00            .00
AMERICASH LOANS LLC        UNSEC W/INTER        844.98            .00            .00
CASH CALL                  UNSEC W/INTER     NOT FILED            .00            .00
FIRST BANK OF DELAWARE     UNSEC W/INTER     NOT FILED            .00            .00
PURPLE ADVANTAGE/FBOFD     UNSEC W/INTER     NOT FILED            .00            .00
PURPOSE LOANS              UNSEC W/INTER     NOT FILED            .00            .00
VALUED SERVICES            UNSEC W/INTER     NOT FILED            .00            .00
LAKEFRONT HOUSING          NOTICE ONLY       NOT FILED            .00            .00
CITIZENS FINANCE           UNSEC W/INTER          .66             .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         3,343.00                       2,265.41
TOM VAUGHN                 TRUSTEE                                              208.96
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                2,850.00

PRIORITY                                            .00
SECURED                                          257.60
   INTEREST                                      118.03
UNSECURED                                           .00
ADMINISTRATIVE                                 2,265.41
TRUSTEE COMPENSATION                             208.96
DEBTOR REFUND                                       .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 14384 DENNIS D DAVIS
```

```
                              ---------------     ---------------
TOTALS                              2,850.00            2,850.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/29/08          _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 14384 DENNIS D DAVIS